IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FANNIE MAE,**

      **Plaintiff,**

  v.                                              Civil Action 2:25-cv-76
                                                  Magistrate Judge Kimberly A. Jolson

**SAR PALAZZO OHIO LLC, et al.,**

      **Defendants.**

## ORDER

Concurrent to filing the Complaint in this action, Plaintiff Fannie Mae filed a Motion to Expedite Appointment of a Receiver. (Doc. 3; *see also* Doc. 26 (Plaintiff's supplemental motion for appointment of a receiver)). The Court previously granted Defendant SAR Palazzo Ohio 4, LLC's ("SAR") request to extend its time to respond to the motion. (Doc. 54; *see also* Doc. 52). Now, Defendant SAR would like even more time. (Doc. 61). According to SAR, moving forward with the appointment of a receiver at this stage may adversely impact its refinancing efforts relevant to this litigation. (*Id.* at 2). Plaintiff agreed to stipulate to another 30 days for SAR to respond to the Motion to Appoint Receiver. (*Id.*).

Rather than extending SAR's time to respond, the Court **HOLDS IN ABEYANCE** Plaintiff's Motion to Expedite the Appointment of Receiver (Docs. 3, 26). The parties are **ORDERED** to file a joint status report on or before September 5, 2025. If, at that time, the Motion is ready for full briefing, the Court will reset the deadlines. Accordingly, Defendant SAR's Motion for Extension of Time (Doc. 61) is **DENIED as moot**.

    **IT IS SO ORDERED**.

Date: August 7, 2025                                            /s/ Kimberly A. Jolson
                                                                 KIMBERLY A. JOLSON
                                                                 UNITED STATES MAGISTRATE JUDGE